DORA SPIELER, Appellant, v. ADOLF SPIELER, Respondent.— Order denying motion for alimony *pendente lite* and counsel fees affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

LAWRENCE E. TOBIN and MARGUERITE TOBIN, Appellants, v. " JOHN " L. ROBERTS, First Name " John " Being Fictitious, Real First Name Unknown to Plaintiffs, and GEO. W. HENDRICKSON, INC., Respondents.— In an action for personal injuries and property damage resulting from a collision between plaintiffs' automobile and defendants' truck and trailer, judgment in favor of defendants and order denying plaintiffs' motion to set aside the verdict and grant a new trial affirmed, with costs. Appeal from orders entered February 25, 1938, and October 4, 1938, dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

FREDERIC P. WARFIELD, Respondent, v. NORMAN J. GOULD, Appellant.— Order denying the defendant's motion to change the place of trial of this action from Westchester county to Seneca county for the convenience of witnesses and to promote the ends of justice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

HARRY WYNROTH and ALLAN A. KURTZ, Respondents, v. RUTH DICKINSON PIRMAN, Appellant, and ERNEST J. PIRMAN, Defendant.— On stipulation of counsel, the order for the examination of appellant before trial is modified by changing the date fixed for the examination to June 3, 1939, by providing that the action be tried on June 5, 1939, subject to the approval of the justice presiding; and as thus modified, the order is affirmed, without costs. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

## (March 25, 1939.)

MARGARET DeMATTEIS, Appellant, v. VILLAGE OF PEEKSKILL, MAYFLOWER TRANSIT LINES, INC., a Corporation Organized and Existing under the Transportation Corporations Law of the State of New York, MYLE J. HOLLEY, President of the Village of Peekskill, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

ANNA FISCHMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

MARILYN GENDELL, an Infant, by IRVING GENDELL, Her Guardian ad Litem, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent. IRVING GENDELL, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

JANE HAWKES, as Administratrix, etc., of RUSSELL HAWKES, Deceased, Respondent, v. HARRY GOLL, Appellant, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 940.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.